## Alanson Labar v. Samuel B. Nichols.

*Writ of error: Judgments of circuit courts upon appeals from probate courts.* The judgment of a circuit court upon an appeal from the decision of a probate court, where the controversy involves issues analogous to suits at common law, may be reviewed in the supreme court by writ of error.

*Heard and decided January 4.*

Motion to dismiss a writ of error.

The plaintiff in error was one of the heirs-at-law and legatees of John W. Labar, deceased, of whose will the defendant in error was executor. From the order of the judge of probate allowing the account of the executor, the plaintiff appealed to the Circuit Court for the County of Kalamazoo; where, on motion of the executor, the appeal was dismissed. Upon which the appellant sues out a writ of error from this court.

*H. F. Severens* now moves to dismiss the writ of error for want of jurisdiction.

*T. R. Sherwood, contra*, was stopped by the court.

THE CHIEF JUSTICE. The controversy appears to be in substance according to the course of the common law. The jurisdiction is clear.

*Severens.* The record shows that there was, in fact, no controversy as to the account.

THE CHIEF JUSTICE. That we may consider on the hearing of the cause.

Motion denied.